UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL LAZARO FUENTES,

Petitioner,

Case No. 2:26-cv-2479-KCD-NPM

v.

WARDEN, GLADES COUNTY DETENTION CENTER, U.S. ATTORNEY GENERAL,

Respondents.
_________________________________/

**ORDER**

Petitioner Daniel Lazaro Fuentes has filed a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1.) He claims that his immigration detention violates the Fifth Amendment. As for relief, he seeks immediate release from custody. (*Id.* at 8.)

Since filing the petition, Fuentes was removed from the United States on July 30, 2026. (Doc. 5). That leaves this case moot. *See, e.g.*, *Zapeta v. Exec. Dir. of the Fla. Div. of Emergency Mgmt.*, No. 2:25-CV-00697-JLB-KCD, 2025 WL 2432501, at *3 (M.D. Fla. Aug. 22, 2025). Put another way, "[s]ince [Fuentes] already has been released from custody, his prayer for relief has been satisfied." *Djadju v. Vega*, 32 F.4th 1102, 1107 (11th Cir. 2022).

Fuentes's habeas petition (Doc. 1) is thus **DENIED as moot**. The Clerk of Court is **DIRECTED** to terminate all deadlines, deny any pending motions as moot, and close the case.

**ORDERED** in Fort Myers, Florida on September 15, 2026.

Kyle C. Dudek
United States District Judge